JAMES R. STOUT, ESQ.
Nevada Bar No. 008680
STOUT LAW FIRM
4560 South Decatur Boulevard, Suite 201
Las Vegas, Nevada 89103
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
E-Mail: jstout@jstoutlaw.com
Attorneys for Plaintiff CRAWFORD SHAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CRAWFORD SHAW, an individual,

    Plaintiff,

v.

CHINA ARMCO METALS, INC., a domestic corporation; Action Stock Transfer, a foreign corporation; KEXUAN YAO, an individual; WEN FENGAO, an individual; WEINGANG ZHAO, an individual; TAO PANG, an individual; HEPING MA, an individual; WILLIAM THOMSON, an individual and DOES 1 through 100 inclusive,

    Defendants.

Case No.: 2:10-cv-1581
Judge Robert J. Johnston

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CRAWFORD SHAW

The hearing for the Motion to Withdraw as Counsel for Plaintiff Crawford Shaw, came on regularly on October 22, 2010 at or about 9:00 a.m. Crawford Shaw appeared telephonically. Counsel for Defendant appeared in person as did counsel for Plaintiff.

Upon consideration of the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion to Withdraw as Counsel for Plaintiff, Crawford Shaw is GRANTED;

2. The Plaintiff has until November 19, 2010 to obtain new counsel;

3. The response to Defendants' Motion to Dismiss which is currently pending is now due on or before December 6, 2010.

IT IS SO ODERED.

Dated: Oct. 26, 2010

_____
Honorable ROBERT J. JOHNSTON
Judge, United States District Court

## CERTIFICATE OF MAILING

I hereby certify that on October 23, 2010, I served a copy of the above and foregoing [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CRAWFORD SHAW by causing a copy of the same to be deposited in the United States mail, postage prepaid, addressed as follows:

Crawford Shaw, Esq.
770 South Post Oak Lane, Suite 330
Houston, TX 77056
Plaintiff

Jamie S. Cogburn
Cogburn Law Offices
9555 S. Eastern Avenue Suite 280
Las Vegas, NV 89123
Co-counsel Attorney for Plaintiff

Nia C. Killebrew, Esq.
428 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant, CHINA ARMCO METALS, INC.

Stanley C. Morris, Esq.
Corrigan & Morris LLP
201 Santa Monica Blvd., Suite 475
Santa Monica, CA 90401-2212
Attorneys for Defendant, CHINA ARMCO METALS, INC.

_____
An employee of STOUT LAW FIRM

2