|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   | UNITED STATES DISTRICT COURT | |
| 8   | DISTRICT OF NEVADA | |
| 9   | * * * | |
| 10  | CRAWFORD SHAW, an individual, ) | |
| 11  | Plaintiff, ) | 2:10-cv-1581-JCM-RJJ |
| 12  | vs. ) | |
| 13  | CHINA ARMCO METALS, INC., ) etc., *et al*., | O R D E R |
| 14  | Defendant, ) | |
| 15  | ) | |

16   This matter was referred to the undersigned Magistrate Judge a Motion to Withdraw as

17   Counsel for Plaintiff Crawford Shaw (#30).

18   The Court having reviewed the Motion (#30) and good cause appearing therefore,

19   IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel for

20   Plaintiff Crawford Shaw (#30) is scheduled for February 7, 2011, at 10:30 AM in LV Courtroom

21   3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas,

22   Nevada.

23   IT IS FURTHER ORDERED that Plaintiff, Crawford Shaw must appear in court for this

24   hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order

25   to show cause being issued by the court.

26   IT IS FURTHER ORDERED that Plaintiff's counsel shall personally serve, or serve by

27   certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this

28   Order on the Plaintiff, Crawford Shaw. Proof of compliance with this service requirement

1 must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
2 service requirement.
3     DATED this  19 th   day of January,    2010.

                                                          */s/ Robert J. Johnston*
                                                          ROBERT J. JOHNSTON
                                                          United States Magistrate Judge